## STATE v. WILLIAMS

No. 151P85.

Case below: 73 N.C. App. 282.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 20 March 1985. Petition by Attorney General for writ of supersedeas and temporary stay denied 20 March 1985.

## STATE ex rel. EDMISTEN v. CHALLENGE, INC.

No. 26P85.

Case below: 71 N.C. App. 575.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STRICKLAND v. A & C MOBILE HOMES

No. 682P84.

Case below: 70 N.C. App. 768.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 February 1985.

## SUPERIOR TILE v. RICKEY OFFICE EQUIPMENT

No. 563P84.

Case below: 70 N.C. App. 258.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.

## WALLACE v. WALLACE

No. 647P84.

Case below: 70 N.C. App. 458.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 March 1985.